Alker, Appellant, *v.* The Philadelphia National Bank.

Argued November 24, 1952. Before STERN, C. J., JONES, BELL, CHIDSEY and MUSMANNO, JJ.

330

334

336

338

*Lemuel B. Schofield,* with him *Edwin Hall, 2nd,* and *Harry J. Alker, Jr.,* for appellant.

*Arthur Littleton,* with him *John R. McConnell* and *Morgan, Lewis & Bockius,* for appellee.

OPINION PER CURIAM, January 12, 1953:

The Judgment of Non Pros is affirmed on the Opinion of President Judge FRANK SMITH.